E-FILED
Wednesday, 15 November, 2017  10:09:08 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
NOV 14 2017
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No.  17-10061 |
| | ) | |
| DARCY KAMPAS and | ) | VIO: Title 21, United States |
| TIMOTHY WOOD, | ) | Code, Sections 846, 841(a)(1), |
| | ) | and 841(b)(1)(B) |
| Defendants. | ) | |

## INDICTMENT

### Count One
(Conspiracy to Possess Methamphetamine with Intent to Distribute)

The Grand Jury charges:

From approximately September 13, 2017, and continuing through September 15, 2017, in Peoria County and elsewhere, in the Central District of Illinois, the defendants,

**DARCY KAMPAS** and
**TIMOTHY WOOD,**

did knowingly and intentionally combine, conspire, and agree with persons known and unknown to the grand jury to commit certain acts in violation of Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally distribute and possess with intent to distribute at least 110 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(B).

## Count Two
### (Possession of Methamphetamine with Intent to Distribute)

On or about September 15, 2017, in the Central District of Illinois, the defendants,

**DARCY KAMPAS** and
**TIMOTHY WOOD,**

did knowingly and intentionally possess at least 110 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, with the intent to distribute,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A True Bill,
s/FOREPERSON

Foreperson

s/Katherine Legge

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY

KGL