IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
DEC 2 0 2017
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 17-*10061* |
| ) | |
| WADE BONK, ) | |
| DARCY KAMPAS, and ) | VIO: Title 21, United States |
| TIMOTHY WOOD, ) | Code, Sections 846, 841(a)(1), |
| ) | and 841(b)(1)(A) |
| Defendants. ) | |

## SUPERSEDING INDICTMENT

### Count One
### (Conspiracy to Distribute and
### Possess with Intent to Distribute Methamphetamine)

The Grand Jury charges:

From approximately in or about late May 2017 and continuing through September 15, 2017, in Tazewell and Peoria Counties and elsewhere, in the Central District of Illinois, the defendants,

**WADE BONK,
DARCY KAMPAS, and
TIMOTHY WOOD,**

did knowingly and intentionally combine, conspire, and agree with persons known and unknown to the grand jury to commit certain acts in violation of Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally distribute and possess with intent to distribute at least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A),

All in violation of Title 21, United States Code, Sections 846.

## Count Two
### (Possession of Methamphetamine with Intent to Distribute)

On or about September 15, 2017, in the Central District of Illinois, the defendants,

**DARCY KAMPAS** and
**TIMOTHY WOOD,**

did knowingly and intentionally possess at least 50 grams of methamphetamine, a Schedule II controlled substance, with the intent to distribute,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A True Bill,

s/Foreperson

Foreperson

s/Kate Legge

JOHN E. CHILDRESS
UNITED STATES ATTORNEY

kl