UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-10061 |
| | ) |
| DARCY KAMPAS, | ) |
| | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of United States Magistrate Judge Jonathan Hawley, to which there has been no timely objection, the plea of guilty of the Defendant to Count 1 of the Superceding Indictment is hereby accepted, and Defendant is adjudged guilty of such offense.

Sentencing remains scheduled on November 1, 2018 at 1:30 p.m. in Peoria.

ENTERED July 17, 2018.

s/ James E. Shadid
JAMES E. SHADID
United States District Judge