Your Honorable Judge Shadid,   April, 12, 2019

   I want to start out your honor by saying I take complete full responsibility for my choices that brought upon this situation. I'm in charge of myself and I was very selfish and put my needs and wants before my 11 and 14 yr. olds boys. Being a single mom I've lost their security, trust and bond towards me. In the last 580 days of incarceration I've only had little less than 15 hours of visitation through a video screen. They're the ones going through the hardest punishment and again your Honor I have no one to blame but myself.

   My mind is more clear and focused on staying sober and healthy so I can provide for my family legally. This 19½ months of incarceration has definately transformed me to be a better person inside and out. I took life for granted and made terrible decisions, I'm not a terrible person your Honor.

   I'm well aware upon release I'm gonna be faced with temptations from different people, places and things. Everyday is gonna be struggle. The difference now is that I've learned different tools and techniques when negative situations and thoughts come my way. Will I get through every single one

successfully, to be honest your Honor, I don't know I'm just taking it one day at a time. However I do know that I now have a phenominal support group, because I can't do it alone. I have the ladies from Job Partnership Miss Andrea Wilkin, Marlyn Kelsh, Cheryl Parks, Mary English, Donna Williams, my DCFS case worker, Lorri Lithicum who taught the "Purpose Driven Life" class and also we have one on one sessions.

Your Honor, I've turned this painful situation and have turned it into a positive solid foundation that has opened many doors of opportunities. I will stay in a close relationship with God, go to meetings, go to I.C.C. for the Solar Program, Job Partnership also is gonna help me get my license and a job. I've also talked to Andrea and Marlyn about volunteering to help others like they've helped me and for that I'm blessed. Your Honor, I'm asking for Mercy on my sentencing today so I can put action behind my words and goals. I need to regain my childrens trust, security and bond back so I can be the Mother they need, want and deserve. Most important of all is to keep this 580 days of sobriety to keep rising up. Thank you Your Honor and God Bless