

## Jobs Partnership
*Offering a helping hand*

February 11, 2019

To Whom It May Concern,

    Darcy Kampas is a mentor graduate with the Jobs Partnership program located at the Peoria County Jail.  As you may already be aware, the Jobs Partnership program targets the unemployed, underemployed and those that are incarcerated.

    Ms. Kampas has shown herself to be a dedicated student.  Through the study of our faith based 12 lesson core curriculum and the Moral Reconation Therapy program she has honestly examined herself and her past behaviors.  This process has led to her public commitment to change and the development of short term and long terms goals for herself and her family.

    Over the years, Jobs Partnership has built a relationship with employers in and around Peoria county.  They know our clients' backgrounds and support us in our goal of opening the door of gainful employment for them.  This is one of the biggest obstacles our clients face when returning to their communities.  We consider Ms. Kampas a model student and have been impressed with her hard work and the support she has given to her peers.  Upon her release from incarceration, Ms. Kampas will have our full support and guidance in obtaining employment.

Sincerely,


Andrea Wilken, MA, MRT Facilitator
309-682-2360
Fax 309-682-2365
officejobspartnership@gmail.com


602 W Richmond Ave.          Peoria IL 61606          (309) 682-2360

jobspartnershippeoria@gmail.com          www.jobspartnershippeoria.com