

February 11, 2019

Dear Honorable Judge,

**Start Date of Class**: 06/04/2018
**Number of Days in Class**: 252 (from date of letter)

      This letter is written on behalf of Darcy Kampas, a graduate mentor, in our Jobs Partnership and MRT program which is offered at the Peoria County Jail.
      Darcy Kampas is a graduate of the Jobs Partnership Program at the Peoria County Jail.  To give you a brief over view, our faith based program targets the unemployed, underemployed and those who are incarcerated.  The curriculum includes 12 classes, taught by 3 volunteers.  Students are required to complete homework for each class and are awarded a Certificate of Completion at the end of the program.  Some highlights of the lessons include: the character strengths of a good worker, how to communicate effectively, conflict resolution, and how to bring God into your work ethic.
      Ms. Kampas has also graduated from the 12 step program, Moral Reconation Therapy (MRT).  MRT is a cognitive behavioral group therapy model that seeks to decrease recidivism among juvenile and adult criminal offenders by increasing moral reasoning.  This intensive process uses independent work study exercises and public presentations to help the client through steps which address areas of honesty, trust, acceptance, self-awareness, goals and commitment to change, to name but a few.
      Although Ms. Kampas has already graduated from Jobs Partnership and the Moral Reconation Therapy group, on September 24, 2018 and October 1, 2018 respectively, she still attends regularly with our new cohort of women.  She has been a great role model and mentor to these women.  She helps them understand their homework and the overall expectations that we, as program representatives, have of them.  It is also noteworthy how readily she shares her faith and life experiences with the women in the group.  These interactions enhance their development and growth, as well as her own.

If you have any questions I would be happy to discuss them with you.

Sincerely,


Andrea Wilken, M.A., MRT Facilitator
309-682-2360
Fax 309-682-2365
Officejobspartnership@gmail.com

602 W Richmond Ave.                        Peoria IL 61606                        (309) 682-2360

jobspartnershippeoria@gmail.com                        www.jobspartnershippeoria.com